**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | |
| **Plaintiff,** | **CIVIL ACTION NO.** |
| **v.** | **5:24-CV-00049-TES** |
| **RSPS HOLDINGS, LLC AND SRS MILLEDGEVILLE, LLC D/B/A SHANE'S RIB SHACK** | |
| **Defendants.** | |

## JOINT MOTION FOR ENTRY OF CONSENT DECREE

COME NOW, the Parties, by and through their respective counsel of record, and hereby move the Court for approval of the Consent Decree that has been executed in settlement of the above-captioned case. The Proposed Consent Decree is attached to this Motion.

Respectfully submitted, this 1st day of April, 2024.

[Signatures on following page]

_/s/Matthew O'Brien_
Matthew O'Brien
Trial Attorney
Georgia Bar No. 825255
matthew.obrien@eeoc.gov

U.S. Equal Employment Opportunity
Commission
Atlanta District Office
100 Alabama St. SW, Suite 4R30
Telephone: (470) 531-4776
Facsimile: (404) 562-6905

_Counsel for Plaintiff_

_/s/Graham Newsome_
Graham Newsome
Georgia Bar No. 815149
gnewsome@chartwelllaw.com

_/s/Robert Luskin_
Robert Luskin
Georgia Bar No. 004383
rluskin@chartwelllaw.com

CHARTWELL LAW
Chartwell Law
3200 Cobb Galleria Pkwy, Suite 250
Atlanta, GA 30339
Telephone: (678) 615-8377

_Counsel for Defendants_