IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | * |
| | * |
| Plaintiff, | Case No. 5:24-cv-00049-TES |
| v. | * |
| RSPS HOLDINGS, LLC AND SRS MILLEDGEVILLE, LLC D/B/A SHANE'S RIB SHACK, | * |
| | * |
| Defendants. | |

## **J U D G M E N T**

Pursuant to this Court's Order dated April 1, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 2nd day of April, 2024.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk